September 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GAIA ENVIRONMENTAL, INC. AND AXL INDUSTRIES, L.L.C., Appellants

NO. 14-13-00571-CV                    V.

JAMES B. GALBRAITH AND MCLEOD, ALEXANDER, POWEL & APFFEL, P.C., Appellees

_____

This cause, an appeal from the summary judgment in favor of appellees James B. Galbraith and McLeod, Alexander, Powel & Apffel, P.C., signed April 16, 2013, which dismissed all claims asserted against appellees with prejudice, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants GAIA Environmental, Inc. and AXL Industries, L.L.C., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.